# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-317-FDW-DCK

| | |
|---|---|
| GREG A. WIGGAN, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNIVERSITY OF NORTH CAROLINA - ) | |
| CHARLOTTE, ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER BEFORE THE COURT** on the "Unopposed Motion To Stay Initial Scheduling Order Pending A Ruling On The Motion To Dismiss" (Document No. 14) filed December 12, 2018. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion. See 3:07-mc-047-FDW (Document No. 2, p.6).

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Stay Initial Scheduling Order Pending A Ruling On The Motion To Dismiss" (Document No. 14) is **DENIED**.

**SO ORDERED**.

Signed: December 13, 2018

David C. Keesler
United States Magistrate Judge