# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Greg A. Wiggan, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00317-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| University of North Carolina - Charlotte, | ) | |
| Defendant(s). | ) | |

DECISION BY JURY. This action having come before the Jury at Trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's November 14, 2019 Verdict.

November 14, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court