UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00317-FDW-DCK

| GREG A. WIGGAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| UNIVERSITY OF NORTH CAROLINA - CHARLOTTE, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court *sua sponte* regarding the docket in this matter following administrative review of this matter, which shows three pending motions in limine. Immediately prior to and during trial, the Court ruled on Defendants' Motions in Limine (Docs. No. 55, 57, and 59). The Court enters this order to memorialize those oral rulings, which are contained in the transcript for trial and incorporated by reference herein. For the reasons stated in open court, the motions (Docs. No. 55, 57, 59 are granted in part and denied in part.

IT IS SO ORDERED.

Signed: April 29, 2020

Frank D. Whitney
Chief United States District Judge